|   |   |
|---|---|
| 1 | Judge: Thomas T. Glover |
| 2 | Chapter: 11 |
|   | Place: Seattle |
|   | Date: June 18, 2010 |
| 3 | Time: 9:30 am |
|   | Response Date: June 11, 2010 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: )
) No. 09-14441
WARDAL W. HOUSTON and )
CAROL L. HOUSTON, ) OBJECTION OF THE UNITED STATES
) TRUSTEE TO CONFIRMATION OF PLAN
Debtors. )
)

Robert D. Miller Jr., U.S. Trustee, by and through his attorney, Jill Irene Lunn, makes the following objections to confirmation of the proposed plan. The U.S. Trustee objects to those provisions of the Disclosure Statement and the Plan that appear to provide for the discharge to be granted to the Debtors upon confirmation.

11 U.S.C. § 1141 (d)(5) provides that

(5) In a case in which the debtor is an individual –

(A) unless after notice and a hearing the court orders otherwise for cause, confirmation of the plan does not discharge any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan:

• • • •

| OBJECTION OF THE UNITED STATES | Office of the United States Trustee |
|---|---|
| TRUSTEE TO CONFIRMATION OF | United States Courthouse |
| PLAN | 700 Stewart St., Suite 5103 |
|   | Seattle, Washington 98101-1271 |
|   | (206) 553-2000, ext. 253 |
|   | fax: (206) 553-2566 |

The Disclosure Statement, Section F, page 36 states "[c]onfirmation of the Plan shall operate on the Effective Date of the Plan as a discharge of Debtors from all claims and indebtedness that arose before the Effective Date of the Plan . . . .

Article 28 of the Plan, page 41, states "Entry of a final order confirming the Plan acts as a discharge of any and all liability of the Debtors that are dischargeable under 11 U.S.C. § 1141."

The U.S. Trustee objects to confirmation of a plan that fails to recognize the Debtors ongoing obligation to pay statutory fees post-confirmation. 28 U.S.C. § 1930.

The U.S. Trustee further objects to the Debtors' failure to provide sufficient information regarding their income and expenses to allow unsecured creditors to determine if an objection is appropriate. This information is also necessary for the Court to then determine that the Debtors' have met the confirmation requirements of 11 U.S.C. § 1129(a)(15) which require that the value of the property to be distributed under the plan is not less than the projected disposable income of the debtor received during the 5-year period as further defined in the provision.

For the foregoing reasons, the U.S. Trustee requests that confirmation of the proposed plan be denied.

Dated this 11th day of June, 2010.

Respectfully Submitted

Robert D. Miller Jr.
United States Trustee


 /s/   Jill Irene Lunn
Jill Irene Lunn, WSBA #14432
Attorney for the United States Trustee

OBJECTION OF THE UNITED STATES
TRUSTEE TO CONFIRMATION OF
PLAN

Office of the United States Trustee
United States Courthouse
700 Stewart St., Suite 5103
Seattle, Washington  98101-1271
(206) 553-2000, ext. 253
fax: (206)   553-2566

- 2 -